UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-155-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX MUNOZ CASTANO,

    Defendant.
_____/

### ORDER DIRECTING RESPONSE AND RECOMMENDATION

THIS MATTER is before the Court upon the letter (attached hereto as Exhibit A) from the Defendant in the above-styled case dated as received October 10, 2006. The Defendant outlines his desire to have the probation detainer released, or adjusted in some fashion to permit him to be involved in pretrial release programs. It is, therefore

ORDERED, ADJUDGED and DECREED that The U.S. Probation Officer and the U.S. Attorney's Office of the Southern District of Florida shall evaluate and formulate a response and recommendation to the Court within thirty (30) days hereof.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 11th day of October, 2006.

                                        _____
                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

cc:  Alex Munoz Castano
Reg. No. 63040-004
Federal Corrections Institution
P.O. Box 5000
Yazoo City, MS 39194

R. Alexander Acosta
United States Attorney
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

United States Probation Office
300 N.E. First Avenue
Room 315
Miami, FL 33132
Facsimile: (305) 523-5496